## Ralph KING v. STATE.
### No. 17047.

Court of Criminal Appeals of Texas.
Nov. 28, 1934.

See, also (Tex. Cr. App.) 76 S.W.(2d) 767.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for twelve years.

The indictment appears regular and properly presented. The facts heard in the trial court are not brought forward for review. No complaints of the rulings of the court are presented by bills of exception or otherwise.

No error having been perceived or pointed out, the judgment is affirmed.